# EXHIBIT C

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| # | Claim | Mapping - Evidence |
|---|-------|--------------------|
| [1pre] | 1. A method of displaying an article within a virtual showroom associated with a network server, comprising: | During the relevant time period, Lululemon infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Lululemon).<br><br>Archived webpage details of Lululemon's past website are displayed below. The Lululemon website included product images displayed as thumbnail images just beside the main central display.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [1.1] | providing, by a processor, a plurality of thumbnail images of said article, each image comprising an icon and representing a respective perspective view of said article, | Lululemon's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Lululemon), a plurality of thumbnail images of the article. The six thumbnail images are displayed in this non-limiting example, vertically on the left side of the screen for the article (Nulu Hooded Define Jacket).  See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) Web-site source code, downloaded from Lululemon's websites, show that the thumbnail images are sourced from Lululemon's websites, as evident from the URL in the "src" property of each thumbnail image's <img> html tag. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Each thumbnail comprises an icon and represents a respective perspective view of the clothing item (e.g., front, side and rear view with the model).

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [1.2] | allowing a user of said network server to select one of said plurality of thumbnail images for display in a master display field wherein each respective perspective view represents a different perspective view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views; | Lululemon's website allowed a user of the network server to select one of said plurality of thumbnail images for displaying a master display field wherein each respective perspective view represents a different perspective or view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views.

In the non-limiting example below, source code from the Lululemon's website demonstrates the website's display of the master display field (e.g., the field displaying a larger image or version of the thumbnail on the same page). The master display field below shows the larger version of the selected thumbnail.



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| | | The user of Lululemon's website may select a different thumbnail for display in the master display field. Below, the fourth thumbnail is selected for display in the master display field.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br>These thumbnail images are selected from the group of different views of the same clothing article. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [1.3] | Providing a distinctive characteristic to said one of said plurality of thumbnail images selected by said user; and | Lululemon's website provided a distinctive characteristic (e.g., an attribute applied to the thumbnail to distinguish it from other thumbnails) as to the selected thumbnail - which the user may select, (e.g., by clicking on the thumbnail).  In this example, the distinctive characteristic is a highlighted or colored thumbnail image. i.e. on selecting a thumbnail image, the thumbnail image turns highlighted or colored as compared to the non-selected blurred thumbnail images.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br>The distinctive characteristics (here, highlighted or colored thumbnail image) are provided by Lululemon's source code, such as via the Lululemon website HTML code and/or CSS code downloaded to the client from Lululemon's servers. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [1.4] | displaying said selected one of said plurality of thumbnail images in said master display field. | Lululemon's website (as downloaded from Lululemon's servers) is responsible for displaying the selected thumbnail image in the master display field. |



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [2] | 2. The method of claim 1, wherein said plurality of thumbnail images is equal to or greater than three. | Lululemon's website included at least six thumbnail images of its articles.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [3] | 3. The method of claim 1, wherein said distinctive characteristic includes a first color scheme of said one of said thumbnail images selected by said user, wherein each of said plurality of thumbnail images not selected by said user include a second color scheme. | Lululemon's website included a thumbnails stack wherein the selected thumbnail image had a highlighted or colored thumbnail while the non-selected thumbnail images are blurred.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br>Here, the second thumbnail is selected. As a result the second thumbnail is highlighted or colored. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)


Here, the fourth thumbnail is selected. As a result the fourth thumbnail is highlighted or colored.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [5] | 5. The method of claim 1, wherein a first thumbnail image of the plurality of thumbnail images of said article represents a front perspective view of said article and a second thumbnail image of the plurality of thumbnail images of said article represents a perspective view of the same said article selected from the group consisting of rear, side, and isometric views. | Lululemon's website presented thumbnail images from a front perspective, while a second thumbnail represented a perspective view of the same article from a different perspective, such as the rear view.  See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |
|---|---|---|

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [6] | 6. The method of claim 5, wherein the first perspective view is a front view and the second perspective view is selected from the group consisting of rear, side, and isometric views. | Lululemon's website presented thumbnail images from a front perspective, while a second thumbnail represented a perspective view of the same article from a different perspective, such as the rear view.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br>Here, the second thumbnail is selected which is displaying a frontal view of the clothing article. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Here, the fourth thumbnail is selected which is a side view of the clothing article.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [7pre] | 7. A method of displaying a plurality of articles within a virtual showroom associated with a network server, comprising: | During the relevant time period, Lululemon infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Lululemon).<br><br>Archived webpage details of Lululemon's past website are displayed below. The Lululemon website included product images displayed as thumbnail images just beside the main central display.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [7.1] | providing, by a processor, a plurality of thumbnail images, each thumbnail image comprising an icon and corresponding to one of said plurality of articles, | Lululemon's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Lululemon), a plurality of thumbnail images of the article. The six thumbnail images are displayed in this non-limiting example, vertically on the left side of the screen for the article (Nulu Hooded Define Jacket).<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br><br>Web-site source code, downloaded from Lululemon's website, shows that the thumbnail images are sourced from Lululemon's websites, as evident from the URL in the "src" property of each thumbnail image's <img> html tag. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Each thumbnail comprises an icon and represents a respective perspective view of the clothing item (e.g., front, side and rear view with the model).

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [7.2] | allowing a user of said network server to select one of said plurality of thumbnail images for display within a master display field wherein each respective perspective view represents a different perspective view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views; | Lululemon's website allowed a user of the network server to select one of said plurality of thumbnail images for displaying within a master display field wherein each respective perspective view represents a different perspective or view of the same said article, each respective perspective view being selected from the group consisting of front, rear, side, and isometric views.<br><br>In the non-limiting example below, source code from Lululemon's website demonstrates the website's display of the master display field (e.g., the field displaying a larger image or version of the thumbnail on the same page).  The master display field below shows the larger version of the top thumbnail.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

The user of Lululemon's website may select a different thumbnail for display in the master display field. Below, the fourth thumbnail image is selected for display in the master display field.



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

These thumbnail images are selected from the group of different views of the clothing article.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| | | |
| [7.3] | Providing a distinctive characteristic to said one of said plurality of thumbnail images selected by said user; and | Lululemon's website provided a distinctive characteristic (e.g., an attribute applied the thumbnail to distinguish it from other thumbnails) to the selected thumbnail - which the user may select, (e.g., by clicking on the thumbnail).  In this example, the distinctive characteristic is a highlighted or colored thumbnail image. i.e. On selecting a thumbnail image, the thumbnail image turns highlighted or colored as compared to the non-selected blurred thumbnail images.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br><br>The distinctive characteristics (here, highlighted or colored thumbnail image) are provided by Lululemon's source code, such as via the Lululemon website HTML code and/or CSS code downloaded to the client from Lululemon's servers. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [7.4] | displaying said selected one of said plurality of thumbnail images in said master display field. | Lululemon's website (as downloaded from Lululemon's servers) is responsible for displaying the selected thumbnail image in the master display field.  See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| | | |
| [8] | 8. The method of claim 7, wherein said plurality of thumbnail images is equal to or greater than three. | Lululemon's website included at least six thumbnail images of its articles.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [9] | 9. The method of claim 7, wherein said distinctive characteristic includes a first color scheme of said one of said thumbnail images selected by said user, wherein each of said plurality of thumbnail images not selected by said user include a second color scheme | Lululemon's website included a thumbnails stack wherein the selected thumbnail image had a highlighted or colored thumbnail characteristic while the non-selected thumbnail images are blurred.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br>Here, the second thumbnail is selected. As a result the second thumbnail is highlighted or colored. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)


Here, the fourth thumbnail is selected. As a result the fourth thumbnail is highlighted or colored.

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [11pre] | 11. A method of displaying an article within a virtual showroom associated with a network server, comprising: | During the relevant time period, Lululemon infringed the claimed method of displaying an article within a virtual showroom associated with a network server (e.g., a web page associated with Lululemon).

Archived webpage details of Lululemon's past website are displayed below. The Lululemon website included product images displayed as thumbnail images just beside the main central display.



See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [11.1] | providing, by a processor, a first thumbnail image representing a first perspective view of an article, wherein the first perspective view is selected from the group consisting of front, rear, side, and isometric views; | Lululemon's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Lululemon), a plurality of thumbnail images of the article. The six thumbnail images are displayed in this non-limiting example, vertically on the left side of the screen for the article (Nulu Hooded Define Jacket). <br><br>  <br><br> See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) <br><br> The first perspective view of the clothing item is a frontal view. |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [11.2] | providing, by the processor, a second thumbnail image comprising an icon andrepresenting a second perspective view of the same article, wherein the second perspective view is from a different perspective than the firstperspective view and is selected from the group consisting of front, rear, side, and isometric views; | Lululemon's website provided, by servers and/or computers with processors (including but not limited to the software, servers, and other processors necessary to work in the manner expected and intended by Lululemon), a second thumbnail image representing a second perspective view of an article. Thumbnail images were displayed, in this non-limiting example, vertically on the left side of the screen for the article (Nulu Hooded Define Jacket).<br><br>Below, the fourth thumbnail is selected for display in the master display field.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019)<br><br><br>The second perspective view of the clothing item is a side view. |
|---|---|---|

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| [11.3] | providing an interface operable to allow a user of a network to select one of the first or second thumbnail images for display in a master field; and | Lululemon's website provided an interface operable to allow a user of the network to select one of the first or second thumbnail images for display in a master field.  For example, users can navigate to the thumbnail with their mouse, hover over the thumbnail image, and select the image by clicking the thumbnail for display in a master field. |
|---|---|---|
| | |  |
| | | See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |

Claim Chart for U.S. Patent No. US 8,078,498 vs. Lululemon

| | | |
|---|---|---|
| [11.4] | Displaying the selected one of the first or second thumbnail images in the master display field in response to the user's selection. | Lululemon's website displayed the selected first or second thumbnail images in the master display field in response to the user's selection. In this example, the fourth thumbnail image is displayed in the master display field after the user's selection of that thumbnail.<br><br><br><br>See, e.g., https://web.archive.org/web/20190905105211mp_/https://shop.lululemon.com/p/jackets-and-hoodies-jackets/Hooded-Define-Jacket-Nulu/_/prod9090070?color=39792 (Lululemon website September 5, 2019) |